No. 03–1637. BARNETT v. COLORADO. C. A. 10th Cir. Certiorari denied.

No. 03–1638. CRAWFORD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–1639. BIODIVERSITY ASSOCIATES ET AL. v. CABLES, REGIONAL FORESTER, UNITED STATES FOREST SERVICE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–1640. NEBRASKA ET AL. v. ENVIRONMENTAL PROTECTION AGENCY. C. A. D. C. Cir. Certiorari denied.

No. 03–1641. KING v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 03–1642. NEDER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–1646. CANTU v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–1647. DISTRICT OF COLUMBIA BOARD OF ELECTIONS AND ETHICS v. TURNER ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–1649. MARTIN v. CITY OF OCEANSIDE, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1650. BIENER ET AL. v. CALIO, ELECTION COMMISSIONER OF DELAWARE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–1651. BOYADJIAN v. TRANS UNION CORP. C. A. 3d Cir. Certiorari denied.

No. 03–1652. DOE ET AL. v. TANDESKE, COMMISSIONER, ALASKA DEPARTMENT OF PUBLIC SAFETY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1653. HEDRICK v. WESTERN RESERVE CARE SYSTEM ET AL. C. A. 6th Cir. Certiorari denied.